Argued and submitted March 31, affirmed April 20, petition for review allowed June 21, 1994 (319 Or 273)

## STATE OF OREGON,
*Respondent,*

*v.*

## ELIZABETH A. CLEVELAND,
*Appellant.*

(92CR306; CA A76961)

872 P2d 997

Diane L. Alessi, Chief Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Janie M. Burcart, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Richardson, Chief Judge, and Edmonds, Judge.

PER CURIAM

Affirmed. *State v. Bass,* 126 Or App 303, 868 P2d 761 (1994).